IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMIE C. ARMSTRONG, | § | |
| | § | No. 206, 2018 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below:  Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N16C-09-026 |
| COUNCIL OF THE DEVON and | § | |
| THE DEVON CONDOMINIUM, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted:  September 21, 2018
Decided:  December 10, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# O R D E R

In 2016, the plaintiff-below/appellant, Jamie Armstrong, brought an action for trespass, negligence and breach of contract against the defendants-below/appellees, Council of the Devon and The Devon Condominium, for damages she incurred from cracks in the ceiling of her condominium unit.  Armstrong has appealed the Superior Court's March 23, 2018 decision granting summary judgment to the defendants after the court determined that Armstrong's claims were barred by the statute of limitations.[*]  After carefully considering the parties' briefs on appeal and reviewing the record, we can find no abuse of discretion or error of law in the Superior Court's

_____

[*] 2018 WL 1448093 (Del. Super. Ct. Mar. 23, 2018).

determination that Armstrong's claims accrued in 2007 and were barred by the three-year statute of limitations. We conclude that the Superior Court's decision of March 23, 2018 should be affirmed.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

2